[No. 71431-7-I.  Division One.  March 31, 2014.]

LEVACK FAMILY TRUST ET AL., *Appellants*, v. JOHN H. LEACH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-2-00359-2, Amber L. Finlay, J., entered November 2, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 71435-0-I.  Division One.  March 31, 2014.]

*In the Matter of the Personal Restraint of* MARK J. GOSSETT, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[No. 43420-2-II.  Division Two.  April 1, 2014.]

ERIC R. ENGELLAND ET AL., *Appellants*, v. FIRST HORIZON HOME LOANS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-2-01259-1, Anna M. Laurie, J., entered April 2, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, C.J., concurred in by Johanson and Bjorgen, JJ.

[No. 43467-9-II.  Division Two.  April 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTWANE GOOLSBY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03627-8, John R. Hickman, J., entered May 11, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bjorgen and Maxa, JJ.